IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STANISLAW BIALAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   14-cv-267 JPG/DGW |
| | ) | |
| ALLIANCE HOSPITALITY MANAGEMENT, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Motion to Dismiss (Doc. 15) pursuant to Federal Rule of Civil Procedure 41(a)(2) filed by the plaintiff.  Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case signed by all the parties.  The Court hereby finds as **MOOT** defendant's motion to dismiss plaintiff's first amended complaint (doc.13) and **GRANTS** the motion to dismiss (doc. 15) with prejudice and **DIRECTS** the Clerk of Court to close this case.

DATED: November 24, 2014

                                                    *s/ J. Phil Gilbert*_____
                                                    UNITED STATES DISTRICT JUDGE